# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Zane Zielinski, not individually, but solely as the chapter 7 trustee of for the bankruptcy estate of Robin and Rhonda Brandt, | ) ) ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Reagan Royer and WCE Oil Field Services, | ) ) ) ) | Case No. 1:17-cv-040 |
| Defendants. | ) | |

Before the court is an Agreed Motion to Modify Discovery Scheduled that was filed by the parties on November 20, 2018. The court **GRANTS** the motion (Doc. No. 44) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until February 8, 2019, to complete fact discovery and file discovery motions.

2. Plaintiff shall disclose the names of retained experts and reports by March 8, 2019.

3. Defendants shall disclose the names of retained experts and reports by April 8, 2019.

4. The parties shall have until May 9, 2019, to complete discovery depositions of expert witnesses.

5. The parties shall have until June 7, 2019, to file other dispositive motions.

The final pretrial conference set for July 2, 2019, shall be rescheduled for November 19, 2019 at 11:00 a.m. by telephone before the magistrate judge. The court shall initiate the conference call. The jury trial set for July 16, 2019, shall be rescheduled for December 2, 2019, at 9:00 a.m. in

Bismarck before Chief Judge Hovland (Bismarck Courtroom #2, 7 days).

**IT IS SO ORDERED.**

Dated this 30th day of November, 2018.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court